Jeffrey M. Lenkov (State Bar No. 156478)
  *jml@manningllp.com*
Oliver Lasley (State Bar No. 120816)
  *opl@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant ALBERTSON'S COMPANIES, INC. dba PAVILIONS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLLINGSWORTH,<br><br>           Plaintiff,<br><br>     v.<br><br>ALBERTSONS COMPANIES, INC.<br>DBA PAVILIONS AND DOES 1 TO<br>10,<br><br>           Defendants. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DECLARATION OF JEFFREY M. LENKOV** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant Albertsons Companies, Inc. dba Pavilions ("Albertsons") hereby removes to this Court the State Court action described below:

1.      On October 20, 2021, Plaintiff Michael Hollingsworth ("Plaintiff") filed this action in the Superior Court of State of California, County of Los Angeles, Case No. 21STLC07244. Plaintiff Michael Hollingsworth alleges damages, injuries, pain, suffering, and resulting economic harm. Attached hereto as **Exhibit "A"** is a true and correct copy of the First Amended Summons and Complaint.

2.      Albertsons filed its Answer to the First Amended Complaint on March 30,

1   2022. A true and correct copy of the Answer is attached hereto as **Exhibit "B."**

2   3.       On or about July 12, 2022, Plaintiffs served their Statement of Damages

3   stating that Plaintiff is seeking General Damages, including $250,000 for pain,

4   suffering and inconvenience and $50,000 for emotional distress and Special

5   Damages, including $1,929 for medical expenses (to date) and $20,000 for future

6   medical expenses, in addition to costs of the suit. Attached hereto as **Exhibit "C"** is

7   a true and correct copy of the Statement of Damages served on July 12, 2022.

8   4.       Aggregating all of the damages sought pursuant to Plaintiffs' Statement of

9   Damages, the amount in controversy exceeds $75,000. Defendant first learned that

10  the amount in controversy exceeds $75,000 upon receipt of Plaintiffs' Statement of

11  Damages, which was served on July 12, 2022, within thirty (30) days of this Notice

12  of Removal.

13  5.       This action is a civil action of which this Court has original jurisdiction under

14  28 U.S.C. §1332, and is one which may be removed to this Court by Defendant

15  Albertsons, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action

16  between citizens of different states and the matter in controversy exceeds the sum of

17  $75,000, exclusive of interest and costs.

18  6.       Diversity of the parties exist as Plaintiff is a citizen of the State of California.

19  7.       Albertsons Companies, Inc., is a Delaware corporation with its headquarters

20  and principal place of business located in Boise, Idaho.

21  8.       Pursuant to Plaintiffs' Statement of Damages seeking a total of $321929 in

22  General Damages and Special Damages, the amount in controversy in this action

23  exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

24

25

26

27

28

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b);**
**DECLARATION OF JEFFREY M. LENKOV**

1   DATED:  August 11, 2022

2

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

3

4

By:   _____/s/ Jeffrey M. Lenkov_____

5                Jeffrey M. Lenkov

6                Attorneys for Defendant ALBERTSON'S
                 COMPANIES, INC. dba PAVILIONS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b);**
**DECLARATION OF JEFFREY M. LENKOV**

# DECLARATION OF JEFFREY M. LENKOV

I, Jeffrey M. Lenkov, declare that:

1.      I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am a Partner at Manning & Kass, Ellrod, Ramirez, Trester LLP, the attorneys for Defendant Albertsons Companies, Inc. dba Pavilions ("Albertsons") in this action. If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

2.      On October 20, 2021, Plaintiff Michael Hollingsworth ("Plaintiff") filed this action in the Superior Court of State of California, County of Los Angeles, Case No. 21STLC07244. Plaintiff Michael Hollingsworth alleges damages, injuries, pain, suffering, and resulting economic harm. Attached hereto as **Exhibit "A"** is a true and correct copy of the First Amended Summons and Complaint.

3.      Albertsons filed its Answer to the First Amended Complaint on March 30, 2022. A true and correct copy of the Answer is attached hereto as **Exhibit "B."**

4.      On or about July 12, 2022, Plaintiffs served their Statement of Damages stating that Plaintiff is seeking General Damages, including $250,000 for pain, suffering and inconvenience and $50,000 for emotional distress and Special Damages, including $1,929 for medical expenses (to date) and $20,000 for future medical expenses, in addition to costs of the suit. Attached hereto as **Exhibit "C"** is a true and correct copy of the Statement of Damages served on July 12, 2022.

5.      Aggregating all of the damages sought pursuant to Plaintiffs' Statement of Damages, the amount in controversy exceeds $75,000. Defendant first learned that

the amount in controversy exceeds $75,000 upon receipt of Plaintiffs' Statement of Damages, which was served on July 12, 2022, within thirty (30) days of this Notice of Removal.

6.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant Albertsons, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7.     Diversity of the parties exists as Plaintiff is a citizen of the State of California.

8.     Albertsons Companies, Inc., is a Delaware corporation with its headquarters and principal place of business located in Boise, Idaho.

9.     Pursuant to Plaintiffs' Statement of Damages seeking a total of $321929 in General Damages and Special Damages, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Los Angeles, California on August 10, 2022.


                                                     /s/ Jeffrey M. Lenkov
                                        _____

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b);
DECLARATION OF JEFFREY M. LENKOV**

# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
12/22/2021
CT Log Number 540784698

**TO:**   Risk Management Group
Safeway Inc.
5918 Stoneridge Mall Rd
Pleasanton, CA 94588-3229

**RE:**   **Process Served in California**

**FOR:**   Albertsons Companies, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Michael Hollingsworth // To: Albertsons Companies, Inc. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 21STLC07244 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/22/2021 at 02:05 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/22/2021, Expected Purge Date: 12/27/2021 |
| | Image SOP |
| | Email Notification,  Risk Management Group  RM.Claim.Support@Safeway.com |
| | Email Notification,  Michael McCue  Michael.McCue@safeway.com |
| | Email Notification,  Donna Shavers  donna.shavers@albertsons.com |
| | Email Notification,  Carmen Rowland  Carmen.Rowland@safeway.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / MP

 CT Corporation

**Service of Process Transmittal**
12/22/2021
CT Log Number 540784698

**TO:**    Risk Management Group
Safeway Inc.
5918 Stoneridge Mall Rd
Pleasanton, CA 94588-3229

**RE:**    **Process Served in California**

**FOR:**   Albertsons Companies, Inc.  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Exhibit A, Page 000008



# PROCESS SERVER DELIVERY DETAILS

**Date:**                     Wed, Dec 22, 2021

**Server Name:**              Jim Sands

| Entity Served | ALBERTSONS COMPANIES, INC. |
|---|---|
| Case Number | 21STLC07244 |
| Jurisdiction | CA |



21STLC07244

# ☐ 121089

Electronically FILED by Superior Court of California, County of Los Angeles on 10/20/2021 12:25 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Diaz, Deputy Clerk

**SUM-100**

# FIRST AMENDED SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

ALBERTSONS COMPANIES, INC. dba PAVILLIONS and DOES 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MICHAEL HOLLINGSWORTH

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Los Angeles Superior Court<br><br>111 N. Hill St., Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):* **21STLC07244** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Lara Shapiro 4344 Promenade Way Unit 207 Marina del Rey, CA 90292 (310) 577-0870

| | | |
|---|---|---|
| DATE:<br>*(Fecha)* 10/20/2021 | Sherri R. Carter Executive Officer / Clerk of Court<br>Clerk, by<br>*(Secretario)* D. Diaz | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* ALBERTSONS COMPANIES, INC. dba PAVILLIONS

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Lara Shapiro (SBN 227194)<br>4344 Promenade Way Unit 207<br>Marina del Rey, CA 90292<br><br>TELEPHONE NO:  310-577-0870      FAX NO. *(Optional):*  424-228-5351<br>E-MAIL ADDRESS *(Optional):*  shapiro.lara@gmail.com<br>ATTORNEY FOR *(Name):*  Michael Hollingsworth | FOR COURT USE ONLY<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**10/20/2021**<br><br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ I. Flores _____ Deputy |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS: 312 N. Spring St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Spring Street Courthouse

PLAINTIFF: Michael Hollingsworth

DEFENDANT: Albertsons Companies, Inc. dba Pavillions

[X] DOES 1 TO 10 _____

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[X] AMENDED *(Number):* FIRST<br>Type *(check all that apply):*<br>[ ] MOTOR VEHICLE   [X] OTHER *(specify):*<br>[ ] Property Damage   [ ] Wrongful Death<br>[X] Personal Injury   [ ] Other Damages *(specify):* | CASE NUMBER:<br>21STLC07244 |
|---|---|

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                 [ ] exceeds $10,000, but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[X] ACTION IS RECLASSIFIED by this amended complaint
   [X] from limited to unlimited
   [ ] from unlimited to limited

*(vertical left margin text):* Electronically Received 10/20/2021 12:25 PM

1. **Plaintiff** *(name or names):* Michael Hollingsworth
  alleges causes of action against **defendant** *(name or names):*
  Albertsons Companies, Inc. dba Pavillions

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
  a. [ ] **except plaintiff** *(name):*
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor   [ ] an adult
        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*
  b. [ ] **except plaintiff** *(name):*
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor   [ ] an adult
        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 (Rev. January 1, 2007) | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courts.ca.gov |
|---|---|---|

PLD-PI-001

| SHORT TITLE:<br>Hollingsworth v Albertsons Companies, Inc. dba Pavillions | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ except defendant *(name):* Albertsons Companies, Inc.      c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown         (1) ☐ a business organization, form unknown
      (2) ☒ a corporation                                 (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*         (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*                  (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                             (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*                                  d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown         (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                 (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*         (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*                  (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                             (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☒ Doe defendants *(specify Doe numbers):* 1 - 10       were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants *(specify Doe numbers):* 1 - 10       are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

---

**COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death**

Exhibit A, Page 000012

PLD-PI-001

| SHORT TITLE:<br>Hollingsworth v Albertsons Companies, Inc. dba Pavillions | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle

b. ☒ General Negligence

c. ☐ Intentional Tort

d. ☐ Products Liability

e. ☒ Premises Liability

f. ☐ Other *(specify):*

11. Plaintiff has suffered

a. ☒ wage loss

b. ☐ loss of use of property

c. ☒ hospital and medical expenses

d. ☐ general damage

e. ☐ property damage

f. ☐ loss of earning capacity

g. ☒ other damage *(specify):*
    pain and suffering

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☒ compensatory damages

   (2) ☐ punitive damages

   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

   (1) ☒ according to proof

   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: October 20, 2021 Lara

Shapiro

_____
(TYPE OR PRINT NAME)

► *Lara Shapiro*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE:<br>Hollingsworth v Albertsons Companies, Inc. dba Pavillions | CASE NUMBER: |
|---|---|

FIRST _____   **CAUSE OF ACTION—General Negligence**   Page 4 _____
    (number)

ATTACHMENT TO [ x ] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Michael Hollingsworth

    alleges that defendant *(name)*: Albertsons Companies, Inc. dba Pavillions

    [ x ] Does   1 _____   to   10 _____

    was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

    on *(date)*: December 21, 2019

    at *(place)*: Pavillions Supermarket 8969 Santa Monica Blvd., West Hollywood, CA 90069

    *(description of reasons for liability)*:
Michael Hollingsworth was an invitee and member of the public shopping in the Pavillions Supermarket. He was walking towards one of the self-check out stands when he slipped in a puddle of liquid and landed hard on his right side. He was assisted up by his friend who was also at the store. He filled out an incident report with an employee at the manager station at the front of the store. Plaintiff sought medical treatment for his injuries which included his right shoulder, right hip and right knee. Mr. Hollingsworth is still receiving treatment for his right shoulder.

Albertsons Companies, Inc. dba Pavillions in West Hollywood was negligent in maintaining the safety of the premises for invitees, and negligently permitted a liquid spill to remain unabated. Michael Hollingsworth was injured when he slipped in the puddle of liquid and fell. The liquid on the floor was the substantial factor is causing Michael Hollingsworth's injuries.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12<br>www.courts.ca.gov

Exhibit A, Page 000014

PLD-PI-001(4)

| SHORT TITLE:<br>Hollingsworth v Albertsons Companies, Inc. dba Pavillions | CASE NUMBER: |
|---|---|

SECOND _____   **CAUSE OF ACTION—Premises Liability**   Page   5
(number)

ATTACHMENT TO [ x ] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. *(name):* Michael Hollingsworth

   alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

   On *(date):* December 21, 2019     plaintiff was injured on the following premises in the following

   fashion *(description of premises and circumstances of injury):*
Michael Hollingsworth was an invitee to the Pavillions Supermarket, owned and operated by Albertsons Companies, Inc.
Michael Hollingsworth was walking towards one of the self-checkout stands to purchase his groceries when he slipped and
fell in a puddle of liquid which was on the floor. Michael Hollingsworth suffered injuries as a result of the liquid on the floor
which caused his fall. Albertsons Companies, Inc. had a duty to maintain the premises free of injurious conditions such as
liquid spills on the floor, and the Defendant's failure to abate and place cones or a "wet floor" sign was negligent and caused
Mr. Hollingsworth to slip and fall and sustain injuries.

Prem.L-2. [ x ] **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*
Albertsons Companies, Inc. dba Pavillions

   [ x ] Does 1 _____ to 10 _____

Prem.L-3. [ ] **Count Two—Willful Failure to Warn [Civil Code section 846]** The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

   [ ] Does _____ to _____

   Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*

   [ ] Does _____ to _____

   a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.

   b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were *(names):*

   [ ] Does _____ to _____

   b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California PLD-
PI-001(4) [Rev. January 1, 2007]
    **CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courts.ca.gov

# EXHIBIT B

Electronically FILED by Superior Court of California, County of Los Angeles on 03/30/2022 01:58 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Patrick,Deputy Clerk

1   Jeffrey M. Lenkov (State Bar No. 156478)
      *jml@manningllp.com*
2   Oliver Lasley (State Bar No. 120816)
      *opl@manningllp.com*
3   **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
4   801 S. Figueroa St, 15th Floor
    Los Angeles, California 90017-3012
5   Telephone: (213) 624-6900
    Facsimile: (213) 624-6999
6
    Attorneys for Defendant ALBERTSON'S COMPANIES, INC. dba PAVILIONS
7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9               **COUNTY OF LOS ANGELES, SPRING STREET**

10

11  Michael Hollingsworth,                | Case No. 21STLC07244
                                          | [ASSIGNED TO DEPT. 26 FOR ALL
12          Plaintiff,                     | PURPOSES –HON. UPINDER S. KALRA]

13          v.

14  Albertsons Companies, Inc. dba Pavilions and  | **DEFENDANT'S ANSWER TO FIRST**
    DOES 1 to 10,                                 | **AMENDED COMPLAINT**
15
            Defendants.
16

17                                        | Trial Date:       4/3/23
                                          | Action Filed:    10/20/21
18

19          COMES NOW Defendant, Albertsons Companies, Inc. dba Pavilions, answering the

20  unverified complaint on file herein, alleges as follows:

21          1.      Under the provisions of Section 431.30 of the California Code of Civil Procedure,

22  each and every allegation, and all the allegations, and each cause of action in the Complaint, and

23  the whole thereof, is denied; and it is expressly denied that as a direct and proximate result of any

24  act or omission on the part of this answering defendant, that plaintiff sustained injury or damage in

25  the amount alleged, or in any amount, or amounts, or at all.

26                          **FIRST AFFIRMATIVE DEFENSE**

27          2.      AS A FIRST AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and

28  each cause of action thereof, this answering defendant alleges by way of a plea of comparative

4884-6451-5610.1
                                                                        Exhibit B, Page 000017
                    **DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

negligence that the plaintiff was negligent in and about the matters and activities alleged in the Complaint, that said negligence contributed to and was a proximate cause of the alleged injuries and damages, if any, and that if this defendant is found to have been negligent, and if the plaintiff is entitled to recover damages against this answering defendant by virtue of the Complaint, this defendant prays that said recovery be diminished by reason of the negligence of the plaintiff in proportion to the degree of fault attributable to the plaintiff.

**SECOND AFFIRMATIVE DEFENSE**

3.     AS A SECOND AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint, and each cause of action thereof, this defendant alleges by way of a plea of comparative negligence that the plaintiff was negligent in and about the matters and activities alleged in the Complaint, that said negligence contributed to and was a proximate cause of the alleged injuries and damages, if any, or was the sole cause thereof, and that if the plaintiff is entitled to recover damages against this defendant by virtue of the Complaint, this defendant prays that said recovery be diminished or extinguished by reason of the negligence of the plaintiff in proportion to the degree of fault attributable to the plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

4.     AS A THIRD AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that the incident mentioned in the Complaint and the alleged damages and/or injuries, if any, sustained by plaintiff were directly and proximately caused and contributed to by the negligence of a third party(ies) in that the said third parties did not exercise proper or necessary care or control over plaintiff at about the time of the happening of the incident complained of.

**FOURTH AFFIRMATIVE DEFENSE**

5.     AS A FOURTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint, and each cause of action thereof, this defendant alleges that plaintiff had knowledge of the risks and hazards involved in the activity at the time and place of the alleged incident and voluntarily engaging therein thereby assumed the risks and hazards thereof.

## FIFTH AFFIRMATIVE DEFENSE

6.      AS A FIFTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that if plaintiff is entitled to a joint judgment against this defendant and the remaining defendants, and each of them, this defendant prays that this Court order each of the judgment debtors to pay to plaintiff their proportionate share of the joint judgment, the judgment debtor's proportionate share having been determined by the trier of fact; and if this defendant is required to pay plaintiff a disproportionate share of any joint judgment, this defendant prays leave of this Court to seek contribution by motion against any other judgment debtor not paying the proportionate share allocated to any such defendant by the trier of fact.

## SIXTH AFFIRMATIVE DEFENSE

7.      AS A SIXTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that plaintiff has failed to state facts sufficient to constitute a cause of action against defendant.

## SEVENTH AFFIRMATIVE DEFENSE

8.      AS A SEVENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof this defendant alleges that the injuries sustained, if any, were either wholly or in part, negligently caused by persons, firms, corporations, or entities other than this answering defendant, and said negligence is either imputed to plaintiff, by reason of the relationship of said parties to plaintiff and/or said negligence comparatively reduces the percentage of negligence, if any, by this answering defendant.

## EIGHTH AFFIRMATIVE DEFENSE

9.      AS AN EIGHTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this answering defendant alleges that the Complaint, and all causes of action therein, are barred by the statute of limitations of the Code of Civil Procedure, including but not limited to C.C.P. Sections 337.1, 337.15, 338 and 340.

## NINTH AFFIRMATIVE DEFENSE

10.      AS A NINTH AND SEPARATE AFFIRMATIVE DEFENSE, to the Complaint

3

Exhibit B, Page 000019

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

and each cause of action thereof, this defendant alleges that payments have heretofore been made on behalf of defendant to plaintiff in an amount to be proved at trial without any admission of liability or responsibility for the incident herein sued upon or the injuries alleged sustained. Defendant is, pursuant to Insurance Code Section 11583, entitled to a credit in that amount against any settlement made or judgment rendered herein.

### TENTH AFFIRMATIVE DEFENSE

11.     AS AN TENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that any injury, damage or loss suffered by plaintiff was proximately caused by plaintiff's failure to use reasonable means to prevent aggravation of plaintiff's conditions and to use reasonable means to mitigate damages to plaintiff.

### ELEVENTH AFFIRMATIVE DEFENSE

12.     AS AN ELEVENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that liability, if any, for all non-economic damages shall be allocated in direct proportion to each tortfeasor's percentage of fault. Civil Code, Section 1431, et seq.

### TWELFTH AFFIRMATIVE DEFENSE

13.     AS A TWELFTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that plaintiff has unreasonably failed to mitigate damages, if any.

### THIRTEENTH AFFIRMATIVE DEFENSE

14.     AS A THIRTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this party was given no notice of any alleged dangerous condition on its property in time to rectify any such alleged condition prior to the injuries of the plaintiff.

### FOURTEENTH AFFIRMATIVE DEFENSE

15.     AS A FOURTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this answering defendant had no actual or constructive knowledge of the alleged dangerous or unsafe condition which plaintiff claims caused

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
_Attorneys at Law_

1   his injures.

2                          **FIFTEENTH AFFIRMATIVE DEFENSE**

3          16.     AS A FIFTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the

4   Complaint, and each cause of action thereof, this answering defendant alleges that this subject

5   action is frivolous and plaintiff and his attorney are liable for sanctions pursuant to C.C.P.

6   Sections 128.5 and 128.7.

7                          **SIXTEENTH AFFIRMATIVE DEFENSE**

8          17.     AS A SIXTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the

9   Complaint, and each cause of action thereof, this answering defendant had no ownership interest

10  in, or control of, the premises and/or area whereat plaintiff claims to have been injured.

11         WHEREFORE, answering defendant prays that plaintiff take nothing by the Complaint;

12  that answering defendant have judgment for costs of suit incurred herein; and for such further

13  relief as this Court may deem just and proper.

14  DATED:  March 30, 2022                    **MANNING & KASS**
                                              **ELLROD, RAMIREZ, TRESTER LLP**
15

16

17                                    By:  _____
                                          Oliver Lasley
18                                        Attorneys for Defendant ALBERTSON'S
                                          COMPANIES, INC.
19

20

21

22

23

24

25

26

27

28

                          **DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

1

<u>**PROOF OF SERVICE**</u>

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

4

5

On March 30, 2022, I served true copies of the following document(s) described as **DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

6

7

| Lara Shapiro, Esq.<br>4344 Promenade Way, Unit 207<br>Marina del Rey, CA 90292<br>Tel: (310) 577-0870<br>Fax: (424) 228-5351<br>Email: shapiro.lara@gmail.com | *Attorney for Plaintiff Michael Hollingsworth* |
|---|---|

8

9

10

11

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Manning & Kass, Ellrod, Ramirez, Trester LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

12

13

14

15

16

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mma@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

17

18

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19

20

Executed on March 30, 2022, at Los Angeles, California.

21

22

23

_____

Martha Alfaro

24

25

26

27

28

6

Exhibit B, Page 000022

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
*Attorneys at Law*

# EXHIBIT C

Exhibit C, Page 000023

**- DO NOT FILE WITH THE COURT-**                                   **CIV-050**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* <br> Lara Shapiro (SBN 227194) <br> 4344 Promenade Way Unit 207 <br> Marina del Rey, CA 90292 <br> Email: shapiro.lara@gmail.com <br><br> TELEPHONE NO.: 310-577-0870 <br><br> ATTORNEY FOR *(name):*   Michael Hollingsworth | *FOR COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS:   111 N. Hill St.
MAILING ADDRESS:   Same
CITY AND ZIP CODE:      Los Angeles, 90012
BRANCH NAME:   Stanley Mosk Courthouse

PLAINTIFF: Michael Hollingsworth

DEFENDANT: Albertsons Companies dba Pavilions

| | |
|---|---|
| **STATEMENT OF DAMAGES** <br> **(Personal Injury or Wrongful Death)** | CASE NUMBER: <br> 21STLC07244 |

To *(name of one defendant only):*   Albertsons Companies dba Pavilions
Plaintiff *(name of one plaintiff only):* Michael Hollingsworth
seeks damages in the above-entitled action, as follows:

                                                                                            AMOUNT

1. **General damages**
   a. [ x ]  Pain, suffering, and inconvenience ................................................................................ $        250,000.00
   b. [ x ]  Emotional distress. ......................................................................................................... $          50,000.00
   c. [ ]  Loss of consortium ........................................................................................................... $
   d. [ ]  Loss of society and companionship *(wrongful death actions only)* ................................. $
   e. [ ]  Other *(specify)* _____ $
   f. [ ]  Other *(specify)* _____ $
   g. [ ]  Continued on Attachment 1.g.

2. **Special damages**
   a. [ x ]  Medical expenses *(to date)* ........................................................................................ $            1,929.00
   b. [ x ]  Future medical expenses *(present value)* .................................................................... $          20,000.00
   c. [ ]  Loss of earnings *(to date)* ............................................................................................. $
   d. [ ]  Loss of future earning capacity *(present value)* ........................................................... $
   e. [ ]  Property damage ............................................................................................................. $
   f. [ ]  Funeral expenses *(wrongful death actions only)* .......................................................... $
   g. [ ]  Future contributions *(present value) (wrongful death actions only)* ................................ $
   h. [ ]  Value of personal service, advice, or training *(wrongful death actions only)* ................... $
   i. [ ]  Other *(specify)* _____ $
   j. [ ]  Other *(specify)* _____ $
   k. [ ]  Continued on Attachment 2.k.

3. [ ]  **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)..* $ _____
       when pursuing a judgment in the suit filed against you.

Date:  July 12, 2022

Lara Shapiro
_____                    ▶ *(signature)*
(TYPE OR PRINT NAME)                                       (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

                                          (Proof of service on reverse)                              **Page 1 of 2**

Form Adopted for Mandatory Use <br> Judicial Council of California <br> CIV-050 [Rev. January 1, 2007]   **STATEMENT OF DAMAGES** <br> **(Personal Injury or Wrongful Death)**   Code of Civil Procedure, §§ 425.11, 425.115 <br> *www.courts.ca.gov*

**CIV-050**

| PLAINTIFF: Michael Hollingsworth | CASE NUMBER: |
|---|---|
| DEFENDANT: Albertsons Companies dba Pavilions | 21STLC07244 |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the

   a. ☒ Statement of Damages   ☐ Other   *(specify):*

   b. on *(name):* Albertsons Companies dba Pavilions

   c. by serving ☐ defendant   ☒ other   *(name and title or relationship to person served):* Jeffrey Lenkov, Attorney

   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*

   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)

   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))

   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**

   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**

   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**

   f. ☒ Other *(specify code section):* email delivery pursuant to CRC Rule 2.251 to JML@manningllp.com
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.

4. Fee for service: $ 0.00

5. Person serving:

   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☒ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:
   Lara Shapiro
   4344 Promenade Way Unit 207
   Marina del Rey, CA 90292
   Tel: (310) 577-0870

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date: July 12, 2022

Date:

▶ _Lara Shapiro_
(SIGNATURE)

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115