Lara R. Shapiro (SBN 227194)
4344 Promenade Way, Unit 207
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com

Attorney for MICHAEL HOLLINGSWORTH

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLLINGSWORTH,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ALBERTSONS COMPANIES, INC. DBA PAVILLIONS; AND DOES 1 – 10, INCLUSIVE,<br><br>                    Defendants. | CASE NO.: 2:22-cv-05696-GW-AGR<br><br>STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON |

MICHAEL HOLLINGSWORTH ("Plaintiff") and ALBERTSONS COMPANIES, INC. ("Defendant"), (collectively the "Parties") stipulate as follows:

1. On October 4, 2021, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Los Angeles, entitled

MICHAEL HOLLINGSWORTH, Plaintiff vs. ALBERTSONS COMPANIES, INC. DBA PAVILLIONS; AND DOES 1 – 10, INCLUSIVE, Defendants as Case Number 21STLC07244 (the "Action").

2.  Defendant was served with process on December 22, 2021.

3.  On August 11, 2022, Defendant filed a notice of removal of the Action pursuant to U.S.C. § 1441(b)(1) with the United States District Court for the Central District of California.

4.  On August 11, 2022, Defendant completed the removal process by filing a conformed copy of the notice of removal with the Los Angeles County Superior Court.

5.  After some discussion, the parties have agreed that the Action should be remanded to the Los Angeles County Superior Court. To that end, the Parties hereby stipulate that the Action be remanded to Los Angeles County Superior Court.

6.  The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

7.  The Plaintiff stipulates that he is not seeking recovery above $75,000.00

Dated: September 12, 2022          By: */s/ Lara Shapiro*
                                   LARA SHAPIRO
                                   Attorney for Michael Hollingsworth


Dated: September 12, 2022          MANNING & KASS ELLROD,
                                   RAMIREZ, TRESTER LLP


                                   By: */s/* Jeffrey M. Lenkov
                                   JEFFREY LENKOV
                                   Attorney for Albertsons Companies

# ORDER

On September 12, 2022, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:22-cv-05696-GW-AGR styled MICHAEL HOLLINGSWORTH v. ALBERTSONS COMPANIES DBA PAVILLIONS, et. al. is hereby remanded to Los Angeles Superior Court.

IT IS SO ORDERED.

Dated: September 13, 2022

_____
UNITED STATES DISTRICT JUDGE
HON. GEORGE H. WU